FILED
CLERK, U.S. DISTRICT COURT
JUN 2 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SIMON,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN MONTGOMERY, ET AL.,<br><br>    Defendants. | CASE NO. CV 07-01246 TJH (RZ)<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts its findings and recommendations.

DATED: 6/24/08

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE