FILED
CLERK, U.S. DISTRICT COURT
JUN 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SIMON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN MONTGOMERY, ET AL.,<br><br>　　　　　Defendants. | CASE NO. CV 07-01246 TJH (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: 6/24/08

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE